UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VANA LIE, on her own behalf and others similarly situated,**

    **Plaintiff,**

v.                                             Case No: 8:16-cv-2617-T-35AAS

**AGEMY FAMILY CORPORATION,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 13, 2017, the Mediator filed a Mediation Report (Dkt. 17), informing the Court that the above-captioned case has settled. Therefore it is hereby **ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of January, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party